United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 24, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-40665
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

IGNACIO ENGUNZO LOPEZ, JR.,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:02-CR-305-1
--------------------

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Ignacio Engunzo Lopez,
Jr., has requested leave to withdraw and has filed a brief as
required by Anders v. California, 386 U.S. 738 (1967). Lopez
has filed a response challenging his sentence and asserting
ineffective assistance of counsel.

Our independent review of the brief, Lopez's response, and
the record discloses no nonfrivolous issues for appeal. We
conclude that the record is insufficiently developed to allow

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

consideration on direct appeal of Lopez's claim of ineffective assistance of counsel.  See <u>United States v. Brewster</u>, 137 F.3d 853, 859 (5th Cir. 1998).  Accordingly, without prejudice to Lopez's right to file a motion pursuant to 28 U.S.C. § 2255, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.